Mark E. Duckstein, Esq. (#030711987)
Kyle Vellutato, Esq. (#033392011)
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102-5400
(973) 643-7000
*Attorneys for Plaintiff*
*JSF Management, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JSF MANAGEMENT, LLC, | : |
| Plaintiff, | : Civil Action No.2:20-cv-13094 (SRC)(CLW) |
| v. | : |
| LNC PROPERTY MANAGEMENT, LLC, | : **STIPULATION OF DISMISSAL** <u>**WITH PREJUDICE**</u> |
| Defendants. | : |

It is hereby STIPULATED and AGREED, by the undersigned attorneys, that all claims asserted in this matter by plaintiff JSF Management, LLC and defendant LNC Property Management, LLC are hereby dismissed with prejudice in their entirety and without costs or fees against any of the parties herein.

Dated: August __, 2021

BERKOWITZ, LICHTSTEIN, KURITSKY,
GIASULLO & GROSS, LLC
Attorneys for Defendant
LNC Property Management, LLC

By: _____
STUART M. KURITSKY

SILLS CUMMIS & GROSS P.C.
Attorneys for Plaintiff
JSF Management, LLC

By: _____
MARK E. DUCKSTEIN

**SO ORDERED.**

s/ Stanley R. Chesler
Stanley R. Chesler, U.S.D.J.

Dated: September 1, 2021